Amanda C. Yen, Esq. (NSBN 9726)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
ayen@mcdonaldcarano.com
aperach@mcdonaldcarano.com

BAKER & HOSTETLER LLP
Casie D. Collignon, Esq.  (*pro hac vice* forthcoming*)*
Sammantha J. Tillotson, Esq.  (*pro hac vice* forthcoming*)*
Sean B. Solis, Esq.  (*pro hac vice* forthcoming*)*
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
ccollignon@bakerlaw.com
stillotson@bakerlaw.com
ssolis@bakerlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEGGY PRUCHNICKI, and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION HEALTHCARE CORPORATION d/b/a ENVISION HEALTHCARE, EMCARE, INC., and SHERIDAN HEALTHCORP, INC.,<br><br>Defendants. | Case No.:  2:19-cv-01193<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and 7-1, Defendants Envision Healthcare Corporation d/b/a Envision Healthcare ("Envision"), EmCare, Inc. ("EmCare"), and Sheridan Healthcorp, Inc. ("Sheridan") (collectively, "Defendants") and Plaintiff Peggy Pruchnicki ("Plaintiff"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendants to

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966



1  answer or otherwise respond to Plaintiff's Complaint from July 16, 2019 to July 29, 2019.  The

2  parties previously stipulated to the July 29, 2019 deadline in the state court action because defense

3  counsel had just recently been retained and required additional time to investigate and evaluate

4  the factual and legal issues in Plaintiff's Complaint (ECF 1, Ex. D).  Plaintiff did not object.

5         The request is not for purposes of delay.  This is the first request by the parties.

6  DATED this 10th day of July, 2019.          DATED this 10th day of July, 2019.

7  KNEPPER & CLARK LLC                         McDONALD CARANO LLP

8

9  By: */s/ Miles N. Clark*                    By: */s/ Amanda M. Perach*
      Matthew I. Knepper, Esq. (NSBN 12796)       Amanda C. Yen, Esq. (NSBN 9726)
10     Miles N. Clark, Esq. (NSBN 13848)           Amanda M. Perach, Esq. (NSBN 12399)
      10040 W. Cheyenne Ave., Suite 170-109       2300 W. Sahara Avenue, Suite 1200
11    Las Vegas, Nevada 89129                     Las Vegas, Nevada 89102
      matthew.knepper@knepperclark.com            ayen@mcdonaldcarano.com
12    miles.clark@knepperclark.com                aperach@mcdonaldcarano.com

13    *Attorneys for Plaintiff*                    *Attorneys for Defendants*

14

15                                       IT IS SO ORDERED:

16

17                                       _____
                                         UNITED STATES MAGISTRATE JUDGE
18
                                         DATED: ___July 11, 2019_____
19

20

21

22

23

24

25

26

27

28