Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PEGGY PRUCHNICKI,<br><br>Plaintiff,<br><br>vs.<br><br>ENVISION HEALTHCARE CORPORATION D/B/A ENVISION HEALTHCARE, EMCARE, INC., and SHERIDAN HEALTHCORP, INC.,<br><br>Defendants. | Case No.: 2:19-cv-01193-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

Plaintiff Peggy Pruchnicki ("Plaintiff"), by and through her counsel of record, and Defendants Envision Healthcare Corporation d/b/a Envision Healthcare ("Envision"), EmCare, Inc., ("EmCare") and Sheridan Healthcorp, Inc., ("Sheridan") (collectively, "Defendants") have agreed and stipulated to extend the deadline to respond to Defendants' Motion to Dismiss the Complaint [ECF No.18] (the "Motion") filed on July 9, 2019. Plaintiff's Response to the Motion is due August 12, 2019.

Plaintiff and Defendants have agreed to extend Plaintiff's Response deadline in order to allow Plaintiff's counsel additional time to address Defendants' pending motion to dismiss. Specifically, Plaintiff anticipates seeking leave to file a Second Amended Complaint in response to Defendants' Motion. Depending on the changes made to the complaint, Defendants may agree to stipulate to leave to amend. Plaintiff anticipates circulating a proposed second amended complaint for Defendants' review, and an extension will permit Plaintiff sufficient time to draft a proposed Second Amended Complaint and for Defendants to review the same to determine whether they can stipulate to its filing. As a result, both Plaintiff and Defendants hereby request this Court to further extend the date for Plaintiff to respond to Defendants' Motion to Dismiss Complaint until **August 23, 2019**. This is the first stipulation for extension of time to respond to the motion to dismiss.

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated August 9, 2019.

| **KNEPPER & CLARK LLC** | **MCDONALD CARANO LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Amanda M. Perach* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Amanda C. Yen, Esq.<br>Nevada Bar No. 9726<br>Amanda M. Perach, Esq.<br>Nevada Bar No. 12399<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Email: ayen@mcdonaldcarano.com<br>Email: aperach@mcdonaldcarano.com |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **BAKER & HOSTETLER LLP**<br>Casie D. Collignon, Esq.<br>*Admitted Pro Hac Vice*<br>Matthew D. Pearson, Esq.<br>*Admitted Pro Hac Vice*<br>Sean B. Solis, Esq.<br>*Admitted Pro Hac Vice*<br>1801 California Street, Suite 4400<br>Denver, CO 80202-2662<br>Email: ccollignon@bakerlaw.com<br>Email: mpearson@bakerlaw.com<br>Email: ssolis@bakerlaw.com<br><br>*Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 9, 2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3