Amanda C. Yen, Esq. (NSBN 9726)
Amanda M. Perach, Esq. (NSBN 12399)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
ayen@mcdonaldcarano.com
aperach@mcdonaldcarano.com

Casie D. Collignon (admitted *pro hac vice*)
Matthew D. Pearson (admitted *pro hac vice*)
Sean B. Solis, Esq. (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
ccollignon@bakerlaw.com
stillotson@bakerlaw.com
ssolis@bakerlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PEGGY PRUCHNICKI, and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION HEALTHCARE CORPORATION d/b/a ENVISION HEALTHCARE, EMCARE, INC., and SHERIDAN HEALTHCORP, INC.,<br><br>Defendants. | Case No.: 2:19-cv-01193-JCM-BMW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**[First Request]** |

Pursuant to Local Rule IA 6-1, Defendants Envision Healthcare Corporation d/b/a Envision Healthcare ("Envision"), EmCare, Inc. ("EmCare"), and Sheridan Healthcorp, Inc. ("Sheridan") (collectively, "Envision Defendants") and Plaintiff Peggy Pruchnicki ("Plaintiff"), hereby stipulate and agree to, and respectfully request that the Court, extend the deadline for the

Envision Defendants to file their Reply in Support of their Motion to Dismiss Plaintiff's Second Amended Complaint from September 30, 2019 to October 7, 2019. This is the Envision Defendants' first request for an extension of this deadline.

1. On July 8, 2019, the Envision Defendants removed this action from the Eighth Judicial District Court of Clark County Nevada to this Court. [ECF No. 1.]

2. On July 29, 2019, the Envision Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint. [ECF No. 18.]

3. After meeting and conferring, the parties filed on August 21, 2019 a Stipulation to allow Plaintiff to file her Second Amended Complaint. [ECF No. 22.]

4. On August 26, 2019, the Court granted the parties stipulation to allow Plaintiff to file her Second Amended Complaint. [ECF No. 24.]

5. That same day, Plaintiff filed her Second Amended Complaint. [ECF No. 26.]

6. On September 9, 2019, the Envision Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 27] and their Motion to Stay Discovery pending resolution of their Motion Dismiss Plaintiff's Second Amended Complaint ("Motion to Stay") [ECF No. 28].

7. On September 23, 2019, Plaintiff filed her Opposition to the Envision Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 31] and her Opposition to the Envision Defendants' Motion to Stay [ECF No. 32].

8. Currently, the Envision Defendants' Reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint and their Reply in support of their Motion to Stay are due on the same day, September 30, 2019.

9. To allow the Envision Defendants time to fully brief both Replies, the Envision Defendants reached out to Plaintiff to request a seven-day extension of their deadline to file their Reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint. With the extension, the Envision Defendants' deadline to file their Reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint would be October 7, 2019.

10. The Envision Defendants did not request and are not requesting an extension of

4812-9885-0983.4

their deadline to file their Reply in support of their Motion to Stay.

11. Plaintiff agreed to the requested seven-day extension.

12. This request is for good cause and is not for the purposes of delay.

13. The Parties have not previously requested any extensions to the Envision Defendants' deadline to file their Reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint.

**IT IS SO STIPULATED.**

DATED this 24th day of September, 2019.

KNEPPER & CLARK LLC

By: */s/ Miles N. Clark*
    Matthew I. Knepper, Esq. (NSBN 12796)
    Miles N. Clark, Esq. (NSBN 13848)
    10040 West Cheyenne Avenue, Suite 170-109
    Las Vegas, Nevada 89129
    matthew.knepper@knepperclark.com
    miles.clark@knepperclark.com

*Attorneys for Plaintiff*

DATED this 24th day of September, 2019.

BAKER & HOSTETLER LLP

By: /s/ *Matthew D. Pearson*
    Casie D. Collignon (admitted *pro hac vice*)
    Matthew D. Pearson (admitted *pro hac vice*)
    Sean B. Solis (admitted *pro hac vice*)

McDONALD CARANO LLP

   Amanda C. Yen, Esq. (NSBN 9726)
   Amanda M. Perach, Esq. (NSBN 12399)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
   ayen@mcdonaldcarano.com
   aperach@mcdonaldcarano.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 26, 2019

Page 3 of 3

4812-9885-0983.4