Amanda C. Yen, Esq. (NSBN 9726)
Amanda M. Perach, Esq. (NSBN 12399)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
ayen@mcdonaldcarano.com
aperach@mcdonaldcarano.com

Casie D. Collignon (admitted *pro hac vice*)
Matthew D. Pearson (admitted *pro hac vice*)
Sean B. Solis, Esq. (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
ccollignon@bakerlaw.com
stillotson@bakerlaw.com
ssolis@bakerlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEGGY PRUCHNICKI, and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION HEALTHCARE CORPORATION d/b/a ENVISION HEALTHCARE, EMCARE, INC., and SHERIDAN HEALTHCORP, INC.,<br><br>Defendants. | Case No.: 2:19-cv-01193-JCM-BMW<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO STAY AND ON AMENDED PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER TO JANUARY 28, 2020**<br><br>**[First Request]** |

Pursuant to Local Rule IA 6-1, Defendants Envision Healthcare Corporation d/b/a Envision Healthcare ("Envision"), EmCare, Inc. ("EmCare"), and Sheridan Healthcorp, Inc. ("Sheridan") (collectively, "Envision Defendants") and Plaintiff Peggy Pruchnicki ("Plaintiff"), hereby stipulate and agree to, and respectfully request that the Court, continue the hearing on the

Envision Defendants' Motion to Stay and on the Amended Proposed Discovery Plan and Scheduling Order from January 21, 2020 to January 28, 2020. This is the Parties' first request for a continuance of this hearing date.

1. On July 8, 2019, the Envision Defendants removed this action from the Eighth Judicial District Court of Clark County Nevada to this Court. [ECF No. 1.]

2. On July 29, 2019, the Envision Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint. [ECF No. 18.]

3. After meeting and conferring, the parties filed on August 21, 2019 a Stipulation to allow Plaintiff to file her Second Amended Complaint. [ECF No. 22.]

4. On August 26, 2019, the Court granted the parties stipulation to allow Plaintiff to file her Second Amended Complaint. [ECF No. 24.]

5. That same day, Plaintiff filed her Second Amended Complaint. [ECF No. 26.]

6. On September 9, 2019, the Envision Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 27] and their Motion to Stay Discovery pending resolution of their Motion Dismiss Plaintiff's Second Amended Complaint ("Motion to Stay") [ECF No. 28].

7. On September 23, 2019, Plaintiff filed her Opposition to the Envision Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 31] and her Opposition to the Envision Defendants' Motion to Stay [ECF No. 32].

8. On September 30, 2019, the Envision Defendants filed their Reply in Support of their Motion to Stay. [ECF No. 35.]

9. On November 18, 2019, the Court issued a minute order, setting the hearing on the Envision Defendants' Motion to Stay and on the Amended Proposed Discovery Plan and Scheduling Order for January 21, 2020 at 9:00 a.m. in LV Courtroom 3B. [ECF No. 40.]

10. Counsel for the Envision Defendants has a scheduling conflict on January 21, 2020 and, therefore, is unable to attend the January 21, 2020.

11. Counsel for the Envision Defendants contacted the clerk of the Court to request additional dates on which the hearing could be held. The clerk of the Court provided January 28,

4813-7422-3277.2

2020 as an alternative date for the hearing.

12. Counsel for the Envision Defendants then contacted counsel for Plaintiff to determine (1) if he would agree to continue the hearing date and (2) if he was available on January 28, 2020. Counsel for Plaintiff stated that he was available on January 28, 2020 and that he would agree to continue the hearing to that date.

13. This request is for good cause and is not for the purposes of delay.

14. The Parties have not previously requested any extensions to the January 21, 2020 hearing date.

**IT IS SO STIPULATED.**

DATED this 21st day of November, 2019.

KNEPPER & CLARK LLC

By: */s/ Miles N. Clark*
Matthew I. Knepper, Esq. (NSBN 12796)
Miles N. Clark, Esq. (NSBN 13848)
10040 West Cheyenne Avenue, Suite 170-109
Las Vegas, Nevada 89129
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

*Attorneys for Plaintiff*

DATED this 21st day of November, 2019.

BAKER & HOSTETLER LLP

By: /s/ *Matthew D. Pearson*
Casie D. Collignon (admitted *pro hac vice*)
Matthew D. Pearson (admitted *pro hac vice*)
Sean B. Solis (admitted *pro hac vice*)

McDONALD CARANO LLP

Amanda C. Yen, Esq. (NSBN 9726)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
ayen@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for Defendants*

IT IS ORDERED that the hearing set for 1/21/2020 at 9:00 a.m. is VACATED and CONTINUED to 1/28/2020 at 9:00 a.m.

**IT IS SO ORDERED**

**DATED: November 22, 2019**

4813-7422-3277.2

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**