AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

PEGGY PRUCHNICKI

          Plaintiff,

v.

ENVISION HEALTHCARE CORPORATION, et al.,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-CV-1193 JCM (BNW)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Defendants and against the Plaintiff.

 

2/20/20  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk